```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF MISSISSIPPI
                     DELTA DIVISION
```

**BENJAMIN J. JONES**
      **Plaintiff**

                     **NO. 2:05CV184–P–A**

**COMMISSIONER OF SOCIAL SECURITY**
      **Defendant**

### ORDER OF DISMISSAL

The court, on its own motion, hereby dismisses without prejudice the above cause of action in that said action has been pending for several months, and counsel, after repeated requests from the Clerk of Court, has failed to prosecute this action.

Therefore, the above action is hereby dismissed without prejudice due to failure to prosecute by plaintiff.

This, the 30th day of May, 2006.

                                  /s/ W. Allen Pepper, Jr.
                                  W. ALLEN PEPPER, JR.
                                  UNITED STATES DISTRICT JUDGE